**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 495 EAL 2021

      Respondent                :
                                    :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

      v.                       :

ROLAND BROWN,              :

          Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 496 EAL 2021

      Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

      v.                       :

ROLAND BROWN,              :

          Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 497 EAL 2021

      Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

      v.                       :

ROLAND BROWN,               :

          Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 498 EAL 2021

      Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

      v.                       :

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 499 EAL 2021

        Respondent

               Petition for Allowance of Appeal
               from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 500 EAL 2021

        Respondent

               Petition for Allowance of Appeal
               from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 501 EAL 2021

        Respondent

               Petition for Allowance of Appeal
               from the Order of the Superior Court

        v.

ROLAND BROWN,

        Petitioner

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.